David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
Suzanne Havens Beckman (SBN 188814)
shavens@parisihavens.com
PARISI & HAVENS LLP
212 Marine Street, Ste. 100
Santa Monica, CA 90405
Telephone: (818) 990-1299
Facsimile:  (818) 501-7852

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JACOB MEIER, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> CAVALIERS OPERATING COMPANY, LLC, a Delaware limited liability company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:16-cv-00948 <br><br> **NOTICE OF ERRATA OF ERRONEOUS FILING OF FIRST AMENDED COMPLAINT** |
|---|---|---|

Notice of Errata

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the First Amended Complaint (Dkt. No. 6) filed on February 11, 2016 was erroneously filed in this case number. The document has now correctly been filed in Case No. 8:16−cv−00235 CJC (KESx) (Dkt. No. 9).

DATED: February 12, 2016      PARISI & HAVENS LLP


                              By:/s/Suzanne Havens Beckman
                              David C. Parisi
                              Suzanne Havens Beckman
                              Attorneys for Plaintiff Jacob Meier,
                              individually and on behalf of a class of
                              similarly situated individuals

Notice of Errata                             2